IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SYLVESTER WADLEY, )
)
    Plaintiff, )
)
v. ) CASE NO. CV421-162
)
SOUTHEAST ROOFING SOLUTIONS )
INC., )
)
    Defendant. )
)

ORDER

Before the Court is the parties' Joint Stipulation and Consent Motion to Dismiss with Prejudice. (Doc. 35.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 35) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 14th day of October 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant's Motion for Change of Divisions (Doc. 12) and Plaintiff's Motion to Amend Scheduling Order (Doc. 33) are **DISMISSED AS MOOT**.